UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA A. WIRUM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HALLEY GLOBAL MARKETING, INC.,<br><br>　　　　　Defendant. | Case No.  15-cv-05032-JST<br><br>**ORDER EXTENDING TIME TO FILE OPENING BRIEF**<br><br>Re: ECF No. 4 |

　　　　On November 25, 2015, Defendant Halley Global Marketing Inc. filed a motion to extend the time by which it must file an opening brief.  ECF No. 4.  Per the Court's scheduling order, ECF No. 2, and B.L.R. 8010-1(a), the deadline for Defendant to file its opening brief is currently December 1, 2015.  Having received no opposition to Defendant's motion, and good cause appearing, the Court will grant Defendant's request to extend the deadline by forty-five days.  Defendant's opening brief is now due by January 15, 2016.

　　　　IT IS SO ORDERED.

Dated: December 1, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge